# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Sabrina Danley | FILED: MARCH 26, 2008 |
| v. | 08CV1760       TC |
| Michael Danley | JUDGE KENNELLY |
| v. | MAGISTRATE JUDGE VALDEZ |
| Aetna Life Insurance Company | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AETNA LIFE INSURANCE COMPANY

| | |
|---|---|
| NAME (Type or print) | |
| Philip S. Holloway | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Philip S. Holloway | |
| FIRM | |
| Gonzalez, Saggio and Harlan, L.L.C. | |
| STREET ADDRESS | |
| 35 East Wacker Drive, Suite 500 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| | 312.236.0475 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐