**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In Re the marriage of | FILED: MARCH 26, 2008 |
| | 08CV1760        TC |
| SABRINA DANLEY, | JUDGE KENNELLY |
| | MAGISTRATE JUDGE VALDEZ |
| Petitioner, | |
| vs. | Case No: |
| MICHAEL DANLEY, | |
| Respondent, | |
| AETNA LIFE INSURANCE COMPANY, | |
| Third-Party Respondent. | |

## CORPORATE DISCLOSURE

The undersigned counsel for Third-Party Respondent, Aetna Life Insurance Company, by and though its attorneys Gonzalez, Saggio and Harlan, L.L.C., and Philip S. Holloway, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1 and L.R. 3.2.

1.    Defendant Aetna Life Insurance Company's parent corporation is Aetna Inc.

2.    The following is a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party: Aetna Inc.

Dated: March 26, 2008

> Respectfully submitted,
> s/Philip S. Holloway
> Philip S. Holloway
> 35 East Wacker Drive, Suite 500
> Chicago, IL 60601
> Phone 312- 236-0475
> Fax    312-236-1750
> E-mail: philip_holloway@gshllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

N/A and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Michael P. Wittenberg
LeVine, Wittenberg & Shugan
18400 Maple Creek Drive, #600
Tinley, Park, IL 60477

Michael Danley
8454 S. 86th Avenue, #109
Justice, IL 60458

s/Philip S. Holloway
Philip S. Holloway
35 East Wacker Drive, Suite 500
Chicago, IL 60601
Phone 312- 236-0475
Fax    312-236-1750
E-mail: philip_holloway@gshllc.com

**ATTORNEYS FOR DEFENDANT AETNA LIFE INSURANCE COMPANY**