IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re the marriage of

SABRINA DANLEY,

      Petitioner,

vs.

MICHAEL DANLEY,

      Respondent,

AETNA LIFE INSURANCE COMPANY,

      Third-Party Respondent.

Case No: 08-1760
Judge Matthew F. Kennelly
Courtroom 2103
Magistrate Judge Maria Valdez
Courtroom 1300

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO:    Michael P. Wittenberg
LeVine, Wittenberg & Shugan
18400 Maple Creek Drive, #600
Tinley, Park, IL 60477

Michael Danley
8454 S. 86th Avenue, #109
Justice, IL 60458

PLEASE TAKE NOTICE that on Wednesday, April 9, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Matthew F. Kennelly in Courtroom 2103 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois 60604, and then and there present the attached Motion to Dismiss and Memorandum in Support which are hereby served upon you.

Dated: March 31, 2008

        Respectfully submitted,

        s/Philip S. Holloway
        Philip S. Holloway
        35 East Wacker Drive, Suite 500
        Chicago, IL 60601
        Phone 312- 236-0475
        Fax    312-236-1750
        E-mail: philip_holloway@gshllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: N/A and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Michael P. Wittenberg
LeVine, Wittenberg & Shugan
18400 Maple Creek Drive, #600
Tinley, Park, IL 60477

Michael Danley
8454 S. 86th Avenue, #109
Justice, IL 60458

s/Philip S. Holloway
Philip S. Holloway
35 East Wacker Drive, Suite 500
Chicago, IL 60601
Phone 312- 236-0475
Fax    312-236-1750
E-mail: philip_holloway@gshllc.com

**ATTORNEYS FOR DEFENDANT AETNA LIFE INSURANCE COMPANY**