# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1760 | **DATE** | 4/7/2008 |
| **CASE TITLE** | Danley vs. Danley | | |

**DOCKET ENTRY TEXT**

The case is set for an initial status hearing on 4/28/08 at 9:30 a.m. Counsel for removing party Aetna Life Ins. Co. is directed to provide a copy of this order to all other parties in the case. All parties are to be prepared to address, at the initial status hearing, the issue of federal subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|